NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

|  |  |
|---|---|
| In the Interest of Baby Girl P. | ) |
| _____ | ) |
|  | ) |
| N.P., | ) |
|  | ) |
|      Appellant, | ) |
|  | ) |
| v. | )    Case No. 2D20-1096 |
|  | ) |
| AMERICANKIDZ ADOPTION | ) |
| SERVICES, INC., | ) |
|  | ) |
|     Appellee. | ) |
| _____ | ) |

Opinion filed September 30, 2020.

Appeal from the Circuit Court for Pinellas
County; Kimberly Todd, Judge.

Scott L. Robbins, Tampa, for Appellant.

Patrick B. Calcutt of Calcutt & Calcutt,
P.A., Americus, Georgia, for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and STARGEL, JJ., Concur.